# IN THE TEXAS COURT OF CRIMINAL APPEALS

EX PARTE:                          §   APPLICATION FOR WRIT OF
                                   §   HABEAS CORPUS FROM
RICKY JOE SHUGART                  §   336TH JUDICIAL DISTRICT COURT
                                   §   OF FANNIN COUNTY, TEXAS

TRIAL COURT WRIT #CR-13-24788-A
CLERK'S SUMMARY SHEET
SUPPLEMENT III

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

APPLICANT'S NAME: RICKY JOE SHUGART

OFFENSE: POSS MARJ >50LBS<=2,000 LBS

CAUSE NO: CR-13-24788

SENTENCE: (10) TEN YEARS INSTITUTIONAL DIVISION, TDCJ

TRIAL DATE: MARCH 6TH, 2014

TRIAL COURT JUDGE: HON. LAURINE J. BLAKE

APPEAL NO:

CITATION TO OPINION: _____

HEARING HELD: _____YES          _____NO

FINDINGS & CONCLUSIONS FILED: _____YES          _____NO

RECOMMENDATIONS:

IN THE TEXAS COURT OF CRIMINAL APPEALS

EX PARTE:                          §    WRIT OF HABEAS CORPUS ACTION

RICKY JOE SHUGART              §    No. WR-83883-01

Dist. Court Judge: Laurine Blake   §    Dist. Ct. No. CR-13-24788-A

### Notice of Relevant Facts' Of Concern

1. Shugart filed an Art. 11.07, with "Motion for Evidentiary Hearing to Determine Sufficiency Evidence to Vacate Judgment" and Brief in Support On 08-06-15.

2. 09-09-15 the "trial court recommends designation of Issues in points 3 & 4 be remanded to trial court for evidentiary hearing on review of affidavits/records" State made general denial of Issues in writ 08-13-15. No specifics.

3. 09-09-15 Shugart files a Texas Tort Claim Act and State Constitutional "Taking without Just Compensation" Law Suit action against the Sheriff's Dep't & deputies for destroying his dome building & includes right of action by illegal search & seizure. Case assigned to Judge Laurine Blake, 336th Judicial Dist. Court.

4. 10-08-15 This Honorable Court of Criminal Appeals' issues order, "remand[ing]... to allow the trial Court judge to complete an evidentiary investigation...." etc. [clerk's coversheet indicates, "CC: RICKY JOE SHUGART" but he NEVER RECIEVED IT]

5. 10-23-15 Trial Court conducts "Status' on Writ Hearing" — which Shugart was not notified or allowed to be present (trial Court's docket sheet indicated Texas District Attorney was present). No transcripts has been recieved or known to exist of this hearing. No evidence was known to be investigated. No affidavits/records reviewed. Defendant Shugart was not allowed to view or contest States evidence.

6. 11-18-15 Trial Court signs order adopting the Tex. District Attorneys' Proposed Finding of Fact and Conclusions of Law based on no affidavits/records' filed after Courts designation of issue 3 & 4 (09-09-15) citing, Ineffective Counsel's Affidavit. 7 pages

7. 11-19-15 Shugart files "Motion for Summary Judgment" with extensive Brief in Support containing 5 affidavits (one cited, but omitted, in Writ page 15 of Form, at bottom of page Ground Four, critical to affidavit of Counsel above) all showing obvious illegal search & seizure; and one video tape (cited, but omitted, in Writ Brief, page 11 midway) that PROVES' COUNSEL WAS INEFFECTIVE. (See, "Notice of Further Records on File" sent to this Court 11-23-15)

Posted Keep Out Sign

8 Police Vehicles coming — NO WARRANTS

TO DO a "KNOCK & TALK"

Invest. marij growing in Backyard

Mr. Shupert in Here

Ms Brinlee in Here

There's No Back Door B

Knocked it over/unlatched gate

FRONT VIEW OF HOUSES

STATES RECITATION OF FACTS OF CASE:
"Court: What would the facts show if the State were to Call witnesses (in support of Guilt)?
District Attorney: Judge, on the date (9-5-13) deputies responded to a citizen's complaint...arrived, they could hear music...but no one answered the door. (Singular). They went around to the backside...in order to attempt to Knock on that door (there is no back door), and when they rounded the house, they saw a large makeshift green house (Impossible!)...they could see through the clear tarp (Impossible!) 43 fullgrown marijuana plants...After 10 mins of Knocking at the house (Ms Brinlee answered). Officers located [Shupert] in a separate building...injecting something in his arm.... - (Bull!)"

Rural Facts — Backyards are Big!

FM 2025 02:41 AM

☒ = Heavily forested Woods
A = Mobile Home (50ft long)
B = House (3 Doors/No Back Door)
C = Chicken Pen (12 Ft Tall) Storage Barn etc (Barn Tin)
D = Entry Road (Barricaded) to Metal Gate (Posted)
E = Open Vegtable Garden/Fruit Trees
F = Dome Greenhouse with Walkway
G = U-Haul Box Truck (Nose In Cedars)
H = Abandoned Greenhouse
I = Farm Tractor
J = R.V. Winobago w/Table & Chairs
K = Barn
L = Tool Shed
M = Known as Back Pasture Area

To Gate

Posted No Trespass

Some Backyard Uses:
• Sun Bathing
• Pet Cemetery
• Stored Valuables
• Workshop Activities
• Gardening
• Barbequing
• Star Gazing
• Animal Pens
• Solitude Etc

Huge Trees Cedars

Trailer House A

greyard No Pens No walkways

NO BACK DOOR B

Side Door of House

Well House

SLOPE DOWN

Hay Bails

N= Raised Deck (3ft) To Front Door of "A" (Visible w/Steps)

O= Raised Deck (3ft) To Wheelchair Ramp To Door of "B" (Steps of A Clearly Visible)

Entire Property 40 acres Fenced & Posted Gate Acess Only

Attorney Would Do Nothing!

## Petitioner's View On "Bottom Line"

In Conclusion, I was given an attorney who believed in nothing but "hay your not paying" so all your getting is pleed-out to whatever they want to give you. He was given advice by his own client, me, as to what should be done, ie. avoid all plea negociations, & seek suppression, from the get go. Any reasonable attorney would have done the same. It takes my breath —somewhat— to begin to talk about his' lieing — I've never in my life seen such! So what can you do? Well, lets look at his lies. He says he didn't persue suppression because of Ms. Brinlee's (after-the-fact) consent to search, but he doesn't state he even interviewed Ms. Brinlee (because she was saying it was under threat). The video tape now available in Civil case CV-15-42338 attached to the Summary Judgment Brief in Judge Blake's court was given to Counsel Hoover in a last ditch attempt to get him to do his job, as stated in the Writ, shows Ms. Brinlee explaining the duress she was under to sign the consents, as well as the impossibility of an "officer rounding a corner to see inside an opaque (a piece of this matterial accompanies the video) covered green house and plants." Any competent Attorney would have followed my instructions to suppress. Ms. Brinlee's Affidavit of illegal threats to sign the consent is included w/video. There's no way I could make an informed decision without being told about the case. And the attorney wouldn't elaborate any at all. I didn't even know what actually happened until I got a copy of the plea transcripts.

The Judge starts off siding with my situation. But when she had to entertain a law suit to put the illegal search & seizure problem in check in her county, she quickly withdrew & signed off. Having talked with many people in jail and waiting to go the court in the courthouse lobby it is clear there is a very real problem with Sheriff's deputies' going into peoples houses (Like me) & further, the attorney Mr Hoover himself told me it's suppressed by both the State and Judge so that they can just continue to ravage peoples things & houses. My case is the classic example.

Again Please consider page 5 of my "Supplement II of Writ" pro se.

Finally, please give me equality before the law of this case? Justice"

Sincerely Ricky Joe Shugart

Standing On Illegal Search & Seizure/Life



**Nancy Young**
**District Clerk Fannin County**

336th Judicial District

Cause #
CR-13-24788-A

DEEMBER 11TH, 2015

COURT OF CRIMINAL APPEALS:


EX PARTE:

RICKY JOE SHUGART

Louise Pearson,

Please find enclosed a " SUPPLEMENT II " on Cause # CR-13-24788-A


If you need further assistance, please don't hesitate to contact me.

Thank you,

*Kristy Ellison*

K. Ellison
Fannin County District Clerk's Office


Cc: STATE OF TEXAS
Cc: RICKY JOE SHUGART

*Note: Petitioner's Objections to the State's Recommendation was not included.*

*Petitioner did not have opportunity to Participate, Object, Confront States Testimony or witnesses at Hearing.*

*Trial Judge was Upset because Petitioner sought Tort Claim Relief for damages done by Sheriff's deputies.*

*Petition Recieve No Hearing Transcripts*

*Certificate of Service*

*I Ricky Joe Shugart do hereby Certify that a true & correct copy of the Notice of Relevant Facts of Concern was placed in the mail postage prepaid to Richard Glaser, District Attorney at 301 Fannin County Court House, 101 E. Sam Rayburn Dr, Bonham TX 75418 on this 14th day of Dec., 2015.*

*Ricky J. Shugart*

Fannin County Courthouse • 101 E. Sam Rayburn Dr., Suite 201 • Bonham, Texas 75418 • (903) 583-7459 • FAX (903) 640-1826